# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0342
Lower Tribunal No. 10-25526
_____

**Murphy & O'Brien, LLC,**
Appellant,

vs.

**Gilberto Perez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Murphy's Law Firm, P.A., and Will Murphy (Hollywood); and Murphy & O'Brien, LLC, and William F. Murphy, for appellant.

Law Office of Robert Pasin, and Robert Pasin (Coral Springs), for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d

1150, 1152 (Fla. 1979); <u>Turner v. FIA Card Servs., N.A.</u>, 51 So. 3d 1242, 1243 (Fla. 3d DCA 2011).